IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ARZELL WILKERSON<br>Plaintiff, | *<br>*<br>* |
| v. | * Case No.: CV-04-2065 |
| CAPITTAL ONE<br>Defendant. | *<br>*<br>* |

## COMPLAINT

COMES NOW, the Plaintiff, in the above-styled cause and represents unto this Honorable Court as follows:

1. Arzell Wilkerson is over the age of 19 years and is a resident citizen of Montgomery County, Alabama.

2. Capital One, is qualified to do business in Alabama and doing business in Montgomery County, Alabama.

3. Plaintiff avers that around a year ago she was informed that a revolving line of credit was opened in her named with Capital One. Plaintiff avers immediately upon notification of the above fact she undertook the necessary steps to correct this problem by filing the necessary forms as provided by said creditor and a police report.

4. Plaintiff avers as of this date, Capital One and its agents has on a continuous and malicious basis has harassed the same and publish adverse information to third parties such as credit reporting agencies.

5. Plaintiff avers that said acts are in violation of the Fair Credit Reporting Act.15 U.S.C. § 1681n.

6. Plaintiff avers that said statements were published with knowledge of their falsity and a flagrant disregard for the truth. These reports were subsequently communicated to third parties and as a result Ms. Wilkerson has been denied credit and credit limits lowered on existing credit accounts.

WHEREFORE, premises consider the plaintiff asks this honorable court to award her damages in the amount of $30,000 plus such other, further and different relief Plaintiff is entitled under these premises and cost of court.

*N. Hurst, Jr.*
Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Capital One Services, Inc.
11011 West Broad Street
Glen Allen, VA 23060

This ____ day of October, 2004

*N. Hurst, Jr.*
Norman Hurst Jr.

| State of Alabama<br>Unified Judicial System | **SUMMONS** | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | - CIVIL - | CV-04-2865 |

IN THE **Circuit** COURT OF **Montgomery** COUNTY

Plaintiff **Arzell Wilkerson** v. Defendant **Capital One Services, Inc.,**

NOTICE TO **11011 West Broad Street, Glen Allen, VA 23060**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Norman Hurst** WHOSE ADDRESS IS **462-A Sayre Street, Montgy, AL 36104**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____

Melissa Pittman
Clerk/Register

☐ Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____

Address of Server _____

Server's Signature _____

Type of Process Server _____

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ARZELL WILKERSON<br>Plaintiff, | *<br>*<br>* |
| v. | * Case No.:_____<br>* |
| CAPITTAL ONE<br>Defendant. | *<br>* |

## COMPLAINT

COMES NOW, the Plaintiff, in the above-styled cause and represents unto this Honorable Court as follows:

1. Arzell Wilkerson is over the age of 19 years and is a resident citizen of Montgomery County, Alabama.

2. Capital One, is qualified to do business in Alabama and doing business in Montgomery County, Alabama.

3. Plaintiff avers that around a year ago she was informed that a revolving line of credit was opened in her named with Capital One. Plaintiff avers immediately upon notification of the above fact she undertook the necessary steps to correct this problem by filing the necessary forms as provided by said creditor and a police report.

4. Plaintiff avers as of this date, Capital One and its agents has on a continuous and malicious basis has harassed the same and publish adverse information to third parties such as credit reporting agencies.

5. Plaintiff avers that said acts are in violation of the Fair Credit Reporting Act.15 U.S.C. § 1681n.

6. Plaintiff avers that said statements were published with knowledge of their falsity and a flagrant disregard for the truth. These reports were subsequently communicated to third parties and as a result Ms. Wilkerson has been denied credit and credit limits lowered on existing credit accounts.

WHEREFORE, premises consider the plaintiff asks this honorable court to award her damages in the amount of $30,000 plus such other, further and different relief Plaintiff is entitled under these premises and cost of court.

*n. Hurst, Jr.*
Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Capital One Services, Inc.
11011 West Broad Street
Glen Allen, VA 23060

This 27th day of October, 2004

*n. Hurst, Jr.*
Norman Hurst Jr.

| State of Alabama<br>Unified Judicial System   TMH<br>Form C-10 (front)   Rev. 8/92 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number<br>CV-04-2865 |
|---|---|---|

IN THE __Circuit__ COURT OF __Montgomery__ COUNTY

☐ STATE OF ALABAMA    ☐ MUNICIPALITY OF __Arzell Wilkerson__

v. __Capital One__ , Defendant

TYPE OF PROCEEDING: _____ CHARGE: _____

☑ CIVIL CASE- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE (such as paternity, support, termination of parental rights, dependency) - I request an attorney be appointed for me.

☐ CRIMINAL CASE -- I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child.

**AFFIDAVIT**

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself?   ☐ Yes  ☑ No
Employer's name and address _____
How much money do you take home each week?   + $ _____

B. If unemployed, give month and year of last employment and amount earned per month __April 2003__  worked only four DA  $1900.00

C. Does your husband or wife have a job?   ☐ Yes  ☐ No
Employer's name and address __NA__
How much money does he/she take home each week?   + $ _____

D. Do you receive money or benefits from any other source?   ☑ Yes  ☐ No
(Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
How much do you receive each month?   + $ 221.00

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?   ☑ Yes  ☐ No
Where? __Colonial Bank__   How much? + $ 1,316.00

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)   ☑ Yes  ☐ No
What? __House, Television, Car__
_____ Total Value + $ _____

**DEPENDENTS**

A. Are you:  ☑ Single  ☐ Married  ☐ Widowed  ☐ Divorced  ☐ Separated?

B. Do you have any dependents?   ☐ Yes  ☑ No
Who and what relationship? _____

Form C-10 (back)   Rev. 8/92                    **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER**

What does it cost you to live each month?     — $ 1150.00

| | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| **D E B T S** | Loans | $ NA | $ |
| | Charge Accounts | | 200.00 |
| | House or rent payments | | 620.80 |
| | Alimony | NA | |
| | Support | NA | |
| | Car payment | NA | |
| | Groceries | | 100.00 |
| | Utilities | | 230.00 |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed counsel and costs of court.

Sworn to and subscribed before me this

27th day of October, 19 2004

_Alice Dean_
Judge/Notary
Commission Exp: 8/6/08

Affiant Signature: _Angell Wilkerson_
Home Address: 2256 Semmes Dr.
Montgomery, AL. 36106
Social Security Number: 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
Date of Birth: Jan. 5, 1944

2004 DEC 21 PM 2:53

## ORDER

**IT IS ORDERED THAT THE FOREGOING REQUEST BE:**

☐ GRANTED       ☒ DENIED

**IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT** (Check one or more of the following boxes, as appropriate):

☐ _____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

☐ the prepayment of the docket fee be waived.

☐ the Court reserves the right and may order reimbursement of attorney's fees, expenses approved by the Court and paid to the appointed counsel, and costs of Court.

DONE this 20th day of December, 2004

_____
Judge

| State of Alabama<br>Unified Judicial System<br>Form C-34    Rev 6/88 | **SUMMONS**<br>- CIVIL - | Case Number<br>CV-04-2865 |
|---|---|---|

IN THE _Circuit_ COURT OF _Montgomery_ COUNTY

Plaintiff _Arzell Wilkerson_ v. Defendant _Capital One Services, Inc.,_

NOTICE TO _11011 West Broad Street, Glen Allen, VA 23060_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Norman Hurst_ WHOSE ADDRESS IS _462-A Sayre Street, Montgy, AL 36104_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _APR 2 2 2005_    _Melissa Pittman_
                       Clerk/Register

☐ Certified Mail is hereby requested.

_____ Plaintiff's/Attorney's Signature

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
_ARZELL WILKERSON_
Street, Apt. No., or PO Box No.
City, State, ZIP+4

_____ office on _____ (Date)
_____ the Summons and Complaint to _____ County
_____ Server's Signature
_____ Type of Process Server

TMH

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Capital One Service, Inc.,
11011 West Broad Street
Glen Allen, VA 23060

4a. Article Number
7000 0600 0023 9179 0099

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
MAY 06 2005

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

CV-04-2865 DI

PS Form 3811, December 1994      102595-99-B-0223   Domestic Return Receipt

HUR 016

5-10-05

P - Anjell Wilkerson
d - Capital One Services Inc

**EXHIBIT 1**

| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-10 (front)  Rev. 8/92 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number<br>CV-04-2865 |

IN THE __Circuit__ COURT OF __Montgomery__ COUNTY

☐ STATE OF ALABAMA   ☐ MUNICIPALITY OF __Arzell Wilkerson__

v. __Capital One__ , Defendant

TYPE OF PROCEEDING: _____   CHARGE: _____

☑ CIVIL CASE- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE (such as paternity, support, termination of parental rights, dependency) - I request an attorney be appointed for me.

☐ CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child.

**AFFIDAVIT**

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself?  ☐ Yes  ☑ No
Employer's name and address _____
How much money do you take home each week?  + $ _____

B. If unemployed, give month and year of last employment and amount earned per month __April 2003__  worked only four days  $180.00

C. Does your husband or wife have a job?  ☐ Yes  ☐ No
__NA__
Employer's name and address _____
How much money does he/she take home each week?  + $ _____

D. Do you receive money or benefits from any other source?  ☑ Yes  ☐ No
(Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
How much do you receive each month?  + $ 211.00

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?  ☑ Yes  ☐ No
Where? __Colonial Bank__   How much?  + $ 11,316.00

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)  ☑ Yes  ☐ No
What? __House, Television, Car__
Total Value  + $ _____

**DEPENDENTS**

A. Are you: ☑ Single  ☐ Married  ☐ Widowed  ☐ Divorced  ☐ Separated?

B. Do you have any dependents?  ☐ Yes  ☑ No
Who and what relationship? _____

TMH  CV-04-2865

| State of Alabama<br>Unified Judicial System<br><br>Form ARCivP-93    Rev. 5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐☐☐☐☐.☐☐<br>Date of Filing: ☐☐/☐☐/☐☐☐☐   Judge Code: ☐☐☐☐☐☐ |

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF  **Montgomery**  , ALABAMA
(Name of County)

**Arzell Wilkerson**     v.   **Capital One Services, Inc.,**
Plaintiff                         Defendant

First Plaintiff: ☐ Business  ☑ Individual  ☐ Government  ☐ Other
First Defendant: ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box *(check only one)* that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☑ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☑ TOPE - Personal Property
- ☑ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** *(check one):*  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: HUR016
Date: 10/27/04
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☐ UNDECIDED