IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, NORTHERN DIVISION

ARZELL WILKERSON,

    Plaintiff,

vs.

CAPITAL ONE,

    Defendant.

Civil Action No. 2:05cv1192-W
State Court File No: CV-04-2865-TMH

## CONSENT TO REMOVAL AND JOINDER IN NOTICE OF REMOVAL

COMES NOW CAPITAL ONE, erroneously identified in the Complaint as Capittal One ("Capital One"), and hereby gives notice of its consent to the removal of this case from the Circuit Court for Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. Capital One joins the Notice of Removal filed by Capital One Services/Capital One, F.S.B., and adopts all arguments set forth therein.

Rik S. Tozzi (TOZ001)
Attorney for Capital One

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to counsel for all parties to this action on this the 14th day of December, 2005.

_____
OF COUNSEL

cc:
Norman Hurst, Jr.
Attorney at Law
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449