IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ARZELL WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) CV-04-2865-TMH |
| CAPITAL ONE, | ) |
| | ) |
| Defendant. | ) |

RECEIVED
2005 DEC 14 P 2:10

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant identified as Capital One Services, Inc./Capital One, F.S.B. ("Capital One") hereby gives notice to the Circuit Court of Montgomery County, Alabama that this action has been removed to the United States District Court for the Middle District of Alabama, Northern Division. Attached is a copy of the Notice of Removal.

Rik S. Tozzi (TOZ001)
Attorney for all Defendants (Defendant
Erroneously identified in the original
Complaint as Capital One and the
Defendant identified in the Amended
Complaint as Capital One Services, Inc.
and Capital One, FSB)

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

{B0554586}

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to counsel for all parties to this action on this the 14th day of December, 2005.

_____
OF COUNSEL

cc:
Norman Hurst, Jr.
Attorney at Law
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

{B0554586}                             2