AO 88(Rev. 11/91) Subpoena in a Civil Case

# In the United States District Court

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ARZELL WILKERSON,

        Plaintiff,

        v.

**CAPITAL ONE,**

        Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:     2:05-cv-1192-SRW

**TO:** Alabama Power Company, Attn: Custodian of Records, 600 North 18th Street, Birmingham, AL 35291

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE EXHIBIT "A" ATTACHED HERETO**

| PLACE | DATE AND TIME |
|---|---|
| Starnes & Atchison LLP, Seventh Floor, 100 Brookwood Place, Post Office Box 598512, Birmingham, Alabama 35259-8512 | March 8, 2006 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*    Ramsey Duck, Esq., Attorney for the Defendant | February 16, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Starnes & Atchison LLP, Seventh Floor, 100 Brookwood Place, Post Office Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000

See Rule 45, Federal Rules Civil Procedure, Parts C & D attached

| | | | |
|---|---|---|---|
| | | **PROOF OF SERVICE** | |
| SERVED | DATE 2/17/06 | PLACE 600 N. 18th St, B'ham AL 35291 | |
| SERVED ON (PRINT NAME) AL Power Co. | | MANNER OF SERVICE Certified Mail 7003 1010 0000 1423 8444 | |
| SERVED BY (PRINT NAME) Vick Parker | | TITLE Paralegal | |

## Declaration of Server

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___2/28/06___  ___[signature]___
                 DATE                               SIGNATURE OF SERVER

___PO Box 598612___
ADDRESS OF SERVER

___B'ham, AL 35259-8512___

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without under hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the [categories in the demand].

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ___[signature]___ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Stephen E Hall    C. Date of Delivery 2-17-06 |
| 1. Article Addressed to:<br>AL Power Co.<br>600 North 18th Street<br>B'ham AL 35291 | D. Is delivery address different from item 1? ☐ Yes<br>if YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7003 1010 0000 1423 8444 | |
| PS Form 3811, August 2001    Domestic Return Receipt | 2ACPRI-03-P-4081 |

# RULE 45 SUBPOENA
# EXHIBIT "A"

Any and all records or documents that reflect, refer and/or relate in any way to Arzell Wilkerson; **DOB:xx-xx-1943** and **SSN: xxx-xx-4527**, including but not limited to any notes, correspondence, emails, faxes, reports, data compilations, payment records and/or any other documents reflecting any information concerning the above named individual, in whatever medium such documents or records may be maintained.

Any and all documents or transaction receipts for payments made using the VISA credit card ending in **XXXX-XXXX-XXXX-7181**.

If you are unable to locate documents, please confirm this fact in writing in the form of a letter addressed to the Issuing Officer named on the face of the subpoena, stating the same and explaining reasons for the inability to produce the documentation.

{B0568475}