**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 2, 2006

# NOTICE OF REASSIGNMENT

Re:   Arzell Wilkerson v. Capital One, et al.
      Civil Action No. #2:05-cv-01192-SRW

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:05-cv-001192-WKW. This new case number should be used on all future correspondence and pleadings in this action.