# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ARZELL WILKERSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO.** |
| | )      **2:05 CV 1192-W** |
| **CAPITAL ONE,** | ) |
| | ) |
|     **Defendant.** | ) |

## UNOPPOSED MOTION TO EXTEND DEADLINES AND MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT

COMES NOW the Defendant identified as Capital One and files this Unopposed Motion to Extend Deadlines and Motion for Leave to File a Third Party Complaint and as grounds therefore state as follows:

1. The Plaintiff has alleged that a Capital One credit card was fraudulently opened in her name.

2. Capital One has issued multiple third party subpoenas in an effort to collect necessary documents and to fully evaluate this case.

3. Responses to Capital One's subpoenas are incomplete and overdue, and Capital One has been in contact with the recipients in an effort to ensure complete responses.

4. The parties require complete sets of documents in order to take depositions in this case.

{B0665246}

5. In addition to the need for a complete set of documents and depositions, Capital One may be required to retain a handwriting expert to evaluate the records in this case.

6. Based on the foregoing, Capital One is seeking additional time and the Court's permission to file a third-party complaint against Plaintiff's son who may be liable for the expenses incurred on the account, and whose addition to this suit significantly increases the likelihood of settlement between Plaintiff and Defendant.

7. The parties have discussed settlement in this case and believe that the case may be resolved short of trial.

8. Counsel for the Plaintiff does not oppose this motion.

WHEREFORE, Capital One request that it be granted leave to file a third-party complaint in this case and that all deadlines in this case be extended by an additional ninety (90) days to facilitate the prosecution of this case.

Respectfully submitted,

s/ Ramsey Duck
RIK S. TOZZI Bar No. 7144-Z48R
Attorney for all Defendants (Defendant Erroneously identified in the original Complaint as Capital One and the Defendant identified in the Amended Complaint as Capital One Services, Inc. and Capital One, FSB)
Starnes & Atchison LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama  35259-8512
Telephone: (205) 868-6000
Facsimile: (205) 868-6099

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Norman Hurst, Jr.
      jrhrst@aol.com

                              s/ Ramsey Duck
                              RIK S. TOZZI Bar No. 7144-Z48R
                              Starnes & Atchison LLP
                              Seventh Floor, 100 Brookwood Place
                              Post Office Box 598512
                              Birmingham, Alabama  35259-8512
                              Telephone: (205) 868-6000
                              Facsimile: (205) 868-6099
                              E-mail:  rst@starneslaw.com