IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:05-CV-1192-WKW |
| CAPITAL ONE, *et al.,* | ) ) ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Unopposed Motion to Extend Deadlines and Motion for Leave to File a Third Party Complaint (Doc. # 13), it is ORDERED that the motion is GRANTED. The defendants may file a third party complaint **on or before February 2, 2007.**

It is further ORDERED that the following dates contained in the Uniform Scheduling Order (Doc. # 12) are AMENDED:

1. The trial date is continued from March 26, 2007, to **July 23, 2007**, in Montgomery, Alabama.

2. The pretrial conference is continued from February 23, 2007, to **May 30, 2007.**

3. The deadline for the parties to exchange witness lists, deposition and document designations, and furnishing exhibits and evidence for copying and inspection is continued from February 14, 2007, to **May 18, 2007.**

4. The discovery cutoff date is continued from February 9, 2007, to **May 11, 2007.**

5. The deadline for the face-to-face settlement conference is continued from December 18, 2006, to **March 26, 2007.**

6.	The deadline for expert disclosures **from the plaintiff(s)** is continued from November 27, 2006, to **March 5, 2007.**

7.	The deadline for expert disclosures **from the defendant(s)** is continued from December 18, 2006, to **March 26, 2007.**

8.	The dispositive motions deadline is continued from November 27, 2006, to **March 5, 2007.**

In the signature block of the motion, the defendants identify themselves as "Defendant erroneously identified in the original complaint as Capital One and the Defendant identified in the Amended Complaint as Capital One Services, Inc., and Capital One, FSB."  It is ORDERED that the defendants will file written notice to the court fully and correctly identifying themselves **on or before January 26, 2007.**

DONE this 19th day of January, 2007.

                                            /s/  W. Keith Watkins  
                                            UNITED STATES DISTRICT JUDGE