IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON,<br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, SERVICES, INC. and<br>CAPITAL ONE FSB,<br>    Defendant. | CIVIL ACTION NO.<br>2:05 CV 1192-W |

## NOTICE OF PROPER IDENTIFICATION OF DEFENDANT

COMES NOW the Defendant Capital One Bank, and states that it is the proper party in interest for case number CV-05-1192.

Respectfully submitted, this the 24th day of January, 2007.

                                              s/ Ramsey Duck
                                              RIK S. TOZZI
                                              C. RAMSEY DUCK
                                              *Counsel for Defendant, Capital One Bank*
                                              STARNES & ATCHISON, LLP
                                              P. O. Box 598512
                                              100 Brookwood Place, 7th Floor
                                              Birmingham, AL  35209
                                              205-868-6000 Telephone
                                              205-868-6099 Facsimile
                                              rst@starneslaw.com
                                              crd@starneslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2007, I served a copy of the foregoing by U.S. Mail to the following individual:

Norman Hurst Jr., Esq.
Attorney for the Plaintiff
462A Sayre Street
Montgomery, Alabama 36104-4124

 

_____
OF COUNSEL