IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARZELL WILKERSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAPITAL ONE BANK, | ) | CIVIL ACTION NO. |
|     Defendant/Third Party Plaintiff, | ) | 2:05 CV 1192-W |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY WILKERSON, | ) | |
|     Third Party Defendant | ) | |

**CORPORATE DISCLOSURE STATEMENT OF CAPITAL ONE BANK**

COMES NOW Defendant Capital One Bank and pursuant to Federal Rule of Civil Procedure 7.1(a), submits the following corporate disclosure statement:

Capital One Financial Corporation is the parent corporation of Capital One Bank. Capital One Bank is a federally-insured bank chartered under the laws of the Commonwealth of Virginia. The common stock of Capital One Financial Corporation is publicly traded. Capital One Financial Corporation is the only entity that is publicly held. There are no other publicly-held companies owning 10% or more of Capital One Bank's stock.

Respectfully submitted this the 4th day of April, 2007.

{B0696613}

Respectfully submitted,

/S C. RAMSEY DUCK
RIK S. TOZZI
C. RAMSEY DUCK
ASB – 3069-I43D
crd@starneslaw.com
STARNES & ATCHISON, LLP
100 Brookwood Place
Seventh Floor
Birmingham, Alabama 35209
205/868-6000
205/868-6099
*Attorneys for Defendant Capital One Bank*

{B0696613}

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4th, 2007, I served a copy of the foregoing by U.S. Mail to the following individuals:

Norman Hurst Jr., Esq.
Attorney for the Plaintiff
462A Sayre Street
Montgomery, Alabama 36104-4124

Anthony Wilkerson
4375 Wares Ferry Road
Montgomery, Alabama 36109

                                    s/ Ramsey Duck
                                    RIK S. TOZZI
                                    C. RAMSEY DUCK
                                    *Counsel for Defendant, Capital One Bank*
                                    STARNES & ATCHISON, LLP
                                    P. O. Box 598512
                                    100 Brookwood Place, 7th Floor
                                    Birmingham, AL  35209
                                    205-868-6000 Telephone
                                    205-868-6099 Facsimile
                                    rst@starneslaw.com
                                    crd@starneslaw.com