IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| CAPITAL ONE BANK, | ) Civil Action No. 2:05-cv-1192 - WKW |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| ANTHONY WILKERSON, | ) |
| Third-Party Defendant. | ) |

### ENTRY OF DEFAULT

It appearing that Third- Party Defendant, Anthony Wilkerson, was duly served with a copy of the Third-Party summons and complaint on February 17, 2007 by Capital One Bank, Defendant/Third Party Plaintiff, and said Third-Party Defendant has failed to answer or otherwise defend this action as set out in the affidavit of Capitol One's attorney filed herein on April 3, 2007, as required by law.

DEFAULT is hereby entered against said Third-Party Defendant, Anthony Wilkerson.

DONE THIS  5th  day of  April , 2007.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA