IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1192-WKW |
| | ) |
| CAPITAL ONE, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In accordance with the Notice of Proper Identification of Defendant (Doc. # 15), the clerk of the court is DIRECTED to change the style of the case to reflect that Defendant Capital One Bank is the proper party in interest.

DONE this 12th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE