IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ARZELL WILKERSON, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | *Case Number: 2:05-cv-1192 | |
| | * | |
| CAPITAL ONE SERVICES, INC., | * | |
|     Defendant. | * | |
| | * | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW, the Plaintiff, in the above matter and informs the Court that this matter has been settled as it relates to the Plaintiff's claims against the above Defendants. However, the Defendants are maintaining their action against her son.

Respectfully submitted this the 7th day of May, 2007.

_____
Norman Hurst, Jr. (HUR016)
Attorney for Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable C. Ramsey Duck
Post Office Box 598512
Birmingham, Alabama 35259

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing notice was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable C . Ramsey Duck
Post Office Box 598512
Birmingham, Alabama 35259

_____
Norman Hurst