IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE BANK, | )   CASE NO.  2:05-CV-1192-WKW |
| | ) |
| Defendant / Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY WILKERSON, | ) |
| | ) |
| Third-Party Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Notice Concerning Settlement Conference and Mediation, in which it is stated that the plaintiff's claims have been settled, it is ORDERED that the parties shall file a jointly prepared stipulation of dismissal **on or before June 7, 2007.**

It is further ORDERED that the third-party plaintiff shall file a notice reporting the status of its claim against the third-party defendant **on or before June 14, 2007.**

DONE this 11th day of May, 2007.

                                                 /s/   W.  Keith Watkins
                                             UNITED STATES DISTRICT JUDGE