IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ARZELL WILKERSON, <br> Plaintiff, | * <br> * <br> * |
| v. | * CASE NO. 2:05-cv-1192 <br> * |
| CAPITAL ONE SERVICES, INC., <br> Defendant. | * <br> * |

### JOINT STIPULATION OF DISMISSAL

COMES NOW, the undersigned counsel of record for Plaintiff, Arzell Wilkerson and pursuant to the Federal Rules of Civil Procedure and with the consent of the undersigned Defendant's counsel respectfully moves this Honorable Court to dismiss this matter with prejudice as the parties have reached an amicable settlement agreement.

Respectfully submitted this the 23 day of May, 2007.

_____
Norman Hurst (HUR016)
Attorney for the Plaintiff

_____
Ramsey Duck (DVC004)
Attorney for the Defendant

OF COUNSEL:
462 Sayre Street
Montgomery, Alabama 36104

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I served a copy of the foregoing by U.S. Mail to the following individuals:

Norman Hurst Jr., Esq.
Attorney for the Plaintiff
462A Sayre Street
Montgomery, Alabama 36104-4124

Anthony Wilkerson
4375 Wares Ferry Road
Montgomery, Alabama 36109

                                              s/ Ramsey Duck
                                              RIK S. TOZZI
                                              C. RAMSEY DUCK
                                              *Counsel for Defendant, Capital One Bank*
                                              STARNES & ATCHISON, LLP
                                              P. O. Box 598512
                                              100 Brookwood Place, 7th Floor
                                              Birmingham, AL 35209
                                              205-868-6000 Telephone
                                              205-868-6099 Facsimile
                                              crd@starneslaw.com

{B0712401}