IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE BANK, | )   CASE NO.  2:05-CV-1192-WKW |
| | ) |
| Defendant / Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY WILKERSON, | ) |
| | ) |
| Third-Party Defendant. | ) |

## **ORDER**

Before the court is the Notice Regarding Status and Motion (Doc. # 29), in which the third-party plaintiff moves the court to remove the case from the July 23, 2007 trial calendar and requests leave to submit proof of damages under seal.  It is ORDERED that:

1. The motion to remove the case from the trial calendar is GRANTED;

2. The trial and pretrial conference are CANCELLED;

3. Leave is GRANTED for the third-party plaintiff to file proof of damages UNDER SEAL contemporaneoulsy with its motion for default judgment, which shall be filed **on or before June 20, 2007.**  In light of the third-party defendant's failure to appear, proof of damages and affidavit may be sufficient to determine the amount of judgment, and a hearing may not be necessary.

As such, the filing of the proof of damages under seal shall not be in lieu of proper service on the third-party defendant.

DONE this 24th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE