IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE BANK, | )   CASE NO.  2:05-CV-1192-WKW |
| | ) |
| Defendant / Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY WILKERSON, | ) |
| | ) |
| Third-Party Defendant. | ) |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. # 30) filed by the plaintiff and the defendant, it is ORDERED that the plaintiff's claim is DISMISSED with prejudice.

DONE this 5th day of June, 2007.

                                        /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE