IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARZELL WILKERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO 2:05-cv-1192-WKW |
| ) | WO |
| CAPITAL ONE BANK, ) | |
| ) | |
| Defendant/ Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY WILERKSON, ) | |
| ) | |
| Third Party Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby entered in favor of the Third Party Plaintiff Capital One and against Third Party Defendant Anthony Wilkerson.

2. Capital One shall have and recover damages in the amount of $52,980.96, which includes $14,089.97 in attorney's fees and costs, from Anthony Wilkerson, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of November, 2007.

                                                    /s/   W.  Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE